# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; *et al.*, <br><br> Plaintiff, <br><br> vs. <br><br> JIM BIRD TILE & MARBLE, INC., JAMES B. BIRD, <br><br> Defendant, | 2:10-cv-2066-RLH-RJJ <br><br><br> O R D E R |

The Court having reviewed this case and good cause appearing therefore,

In order to avoid the appearance of impropriety, the undersigned Magistrate Judge hereby recuses himself from the above entitled matter because of substantial knowledge of this case acquired during a settlement conference conducted with the parties.

Based on the foregoing, and the Code of Judicial Conduct, Canon 3(C)(1)(b) (1984) and Title 28, United States Code, Section 455(b)(3), this matter is referred to the Clerk of the Court for reassignment.

DATED this __23d__ day of June, 2011.

ROBERT J. JOHNSTON
United States Magistrate Judge