**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail: murban@theurbanlawfirm.com
                 nring@theurbanlawfirm.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE,<br><br>Plaintiffs,<br><br>vs.<br><br>JIM BIRD TILE & MARBLE, INC., a Nevada corporation; and JAMES B. BIRD, individually,<br><br>Defendants. | CASE NO: 2:10-cv-02066-RLH -RJJ<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and among the Plaintiffs, TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED

7473

CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, and Defendants JIM BIRD TILE & MARBLE, INC. and Maureen Bird as Special Administrator of Estate of James B. Bird (hereinafter collectively referred to as the "Parties") and subject to the approval and Order of the Court, as follows:

1. A full and final settlement of the above-entitled action has been entered into and agreed to by the Parties.

2. The Parties have executed a Settlement Agreement and Mutual Release setting forth the terms of their agreement. The terms and conditions of the Settlement Agreement and Mutual Release, and all documents referred to or attached thereto, are incorporated herein by this reference.

3. The terms agreed to in the Settlement Agreement and Mutual Release have been completed by all Parties.

4. The Parties do hereby request that this action be dismissed with prejudice.

DATED this 5th day of April, 2012

**THE URBAN LAW FIRM**

By:/s/*Nathan R. Ring*
Nathan R. Ring, Nevada State Bar No. 12078
Michael A. Urban, Nevada State Bar No. 3875
*Counsel for Plaintiffs*

DATED this 5th day of April, 2012

**COGBURN LAW OFFICES**

By:/s/*Andrew L. Rempfer*
Andrew L. Rempfer, Nevada State Bar No. 8628
*Counsel for Defendants*

## ORDER

**IT IS HEREBY ORDERED** that the above-entitled case be dismissed with prejudice. The Court retains jurisdiction to enforce the terms of the Settlement Agreement of the Parties.

DATED: April 6, 2012

_____
UNITED STATES DISTRICT JUDGE

7473

**CERTIFICATE OF MAILING**

I CERTIFY that on the 5th day of April, 2012, I served a true and correct copy of **STIPULATION TO DISMISS WITH PREJUDICE**, via U.S. Mail, pre-paid postage to:

Andrew Rempfer, Esq.
Cogburn Law Office
9555 S. Eastern Ave., Suite 280
Las Vegas, NV 89123

_____
**An Employee of The Urban Law Firm**

7473

3